# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| NOMATHEMBA P. ALLEN | § | |
| | § | |
| V. | § | CASE NO. 4:11-CV-223 |
| | § | Judge Schneider/ Judge Mazzant |
| CHASE HOME FINANCE, LLC, | § | |
| ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 10, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations with regard to Defendants' Motion to Dismiss or alternatively Motion for More Definite Statement (Dkt. #7), recommending that Defendants' Motion to Dismiss should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants' Motion to Dismiss or alternatively Motion for More Define Statement (Dkt. #7) is **GRANTED** and all claims are DISMISSED.

**IT IS SO ORDERED.**

**SIGNED this 11th day of July, 2011.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE